IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL R. WARE,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
THE INTERIOR,

        Defendant.

Case No. 1:17-cv-01412-CL

ORDER

MCSHANE, Judge:

      Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 47), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore*

*Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 47) is adopted. Defendant's motion for summary judgment (ECF No. 26) is GRANTED and this action is DISMISSED. All remaining pending motions are DENIED.

IT IS SO ORDERED.

DATED this 15th day of March, 2019.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge